# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MATEYKO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA BARBARA, et al.,<br><br>Defendants. | Case No.: CV 20-1257-DMG (KSx)<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [40]** |

The Court, having reviewed and approved the Joint Stipulation for Dismissal with Prejudice by and between Plaintiff Laurie Mateyko and Defendants County Of Santa Barbara, Sergeant Sandy Frausto, Deputy Justin Oropeza, Deputy Joseph Parker and Deputy Patrick Hayes, and good cause appearing,

IT IS HEREBY ORDERED THAT the Stipulation to Dismiss between Plaintiff Laurie Mateyko and Defendants County of Santa Barbara, Sergeant Sandy Frausto, Deputy Justin Oropeza, Deputy Joseph Parker and Deputy Patrick Hayes is APPROVED and the above-captioned action and all parties are dismissed with prejudice. Plaintiff and Defendants shall bear their own costs, expenses, and fees.

DATED: September 7, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE